IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| VICKI L. ISEMAN, | ) |
| Plaintiff | ) |
| V. | ) |
| | ) CASE NO.:3:08-cv-848 |
| THE NEW YORK TIMES COMPANY, | ) |
| WILLIAM KELLER | ) |
| JAMES RUTENBERG, | ) |
| MARILYN THOMPSON, | ) |
| STEPHEN LABATON, | ) |
| DAVID KIRKPATRICK, and | ) |
| DEAN BAQUET, | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff Vicki L. Iseman, by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and notices her voluntary dismissal of this action, with prejudice. No answer or motion for summary judgment has been filed by any defendant. Plaintiff respectfully requests the Clerk to strike the matter from the docket.



FILED
MAR 12 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

MAR 12 2009

**SO ORDERED**

_____/s/_____
James R. Spencer
Chief United States District Judge

VICKI L. ISEMAN,

By: _____/s/_____
W. Coleman Allen, Jr., Esq.
Virginia Bar Number: 19847
Attorney for Plaintiff Vicki L. Iseman
Allen, Allen, Allen & Allen
1809 Staples Mill Road
Richmond, Virginia 23220
Phone: 804-257-7512
Fax: 804-257-7589
coleman.allen@allenandallen.com

1

Rodney A. Smolla, Esq.
Virginia Bar Number: 32768
Attorney for Plaintiff Vicki L. Iseman
c/o Washington and Lee University School of Law
Sydney Lewis Hall
Lexington, Virginia 24450
Phone: 540-458-8501
Fax: 540-458-8488
smollar@wlu.edu